# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2010

Marilyn Kelly,
Chief Justice

140510

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 140510
    COA: 287605
    Ionia CC: 08-013934-FH

JOHNNY BONILLA-MACHADO,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the December 15, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2010

_____
Clerk

0427